**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Joseph Majewicz, | : |
| | : |
| Plaintiff, | : |
| v. | : |
| | : Civil Action No.: 6:16-cv-06490-CJS |
| Wells Fargo Auto Finance; and DOES 1-10, inclusive, | : |
| | : |
| | : |
| Defendants. | : |
| | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. Plaintiff anticipates filing a Notice of Withdrawal of Complaint and Voluntary Dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: February 13, 2017

Respectfully submitted,

PLAINTIFF, Joseph Majewicz

By */s/ Sergei Lemberg*

Sergei Lemberg, Esq. (SL 6331)
LEMBERG LAW, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Email: slemberg@lemberglaw.com
Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

 I hereby certify that on February 13, 2017, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

        *<u>/s/ Sergei Lemberg</u>*

        Sergei Lemberg, Esq.