OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

| Robert H. Jackson | **MARY C. LOEWENGUTH** | Kenneth B. Keating |
|---|---|---|
| United States Courthouse | CLERK OF COURT | Federal Building |
| 2 Niagara Square | | 100 State Street, Rm 6070 |
| Buffalo, New York 14202 | **PATRICK J. HEALY** | Rochester, New York 14614 |
| Phone: 716-551-1700 | CHIEF DEPUTY CLERK | Phone: 585-613-4000 |
| Fax: 716-551-1705 | | Fax: 585-613-4035 |

November 8, 2021

Peter S. Dawson
Pollock & Maguire, LLP
4 West Red Oak Lane
Suite 302
White Plains, NY 10604

Sergei Lemberg
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897

Andrew S. Paliotta
Pollock & Maguire, LLP
4 West Red Oak Lane
Suite 302
White Plains, NY 10604

   In re:  Majewicz v. Wells Fargo Auto Finance et al (Case No.: 6:16-cv-06490)

Dear Sirs:

  I have been advised by Judge Charles J. Siragusa who presided over the above-referenced action, that it has been brought to his attention that during the time the case was assigned to him, he or his spouse owned stock in Wells Fargo & Co. This stock ownership would have required recusal under the Code of Conduct for United States Judges. Although the only actions taken by Judge Siragusa related to the approval of stipulations signed by the parties, including a stipulation to voluntarily discontinue the action, and the stock ownership neither affected nor impacted any of those actions, Judge Siragusa has directed that I notify the parties of this conflict.

  Advisory Opinion 71, from the Judicial Conference Codes of Conduct Committee, provides the following guidance for addressing disqualification that is not discovered until after a judge has participated in a case:

> [A] judge should disclose to the parties the facts bearing on disqualification as soon as those facts are learned, even though that may occur after entry of the decision. The parties may then determine what relief they may seek and a court

November 8, 2021
Page 2

(without the disqualified judge) will decide the legal consequence, if any, arising from the participation of the disqualified judge in the entered decision.

Although Advisory Opinion 71 contemplated disqualification after a Court of Appeals oral argument, the Committee explained "[s]imilar considerations would apply when a judgment was entered in a district court by a judge and it is later learned that the judge was disqualified."

With Advisory Opinion 71 in mind, you are invited to respond to Judge Siragusa's disclosure of a conflict in this case. Should you wish to respond, please submit your response directly to me on or before November 29, 2021. Any response will be considered by another judge of this court without the participation of Judge Siragusa.

Very truly yours,

Mary C. Loewenguth
Clerk of Court